```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF ILLINOIS
                       EASTERN DIVISION
```

LAVELLE HENDRIX #20120822094,   )
                                )
            Plaintiff,          )
                                )
    v.                          )     No.  12 C 9572
                                )
COOK COUNTY - JAIL/SHERIFF,     )
                                )
            Defendant.          )

## MEMORANDUM ORDER

Within a week after Lavelle Hendrix ("Hendrix") submitted a Complaint against the "Cook County - Jail/Sheriff," using the form provided by the Clerk's Office for such filings that seek to invoke 42 U.S.C. §1983[1] and handprinting the information called for in that form, on December 6, 2012 this Court issued a sua sponte memorandum order (the "Order") "to address some of the problems posed by that filing." Although more than a month has elapsed since then, Hendrix has not responded to the matters referred to in the Order: either (1) the need to provide the entire six-month printout of transactions in his trust fund account at the Cook County Jail to comply with 28 U.S.C. §1915(a)(2) or (2) the ned to show his exhaustion of administrative remedies that Section 1997e(a) makes a precondition to any action complaining of prison conditions under Section 1983.

---

    [1]   All further references to Title 42's provisions will simply take the form "Section--."

This memorandum order will focus on the second of those matters, as to which Complaint ¶IV states in part (copied verbatim):

> Grivences were filed and no disspliminary action were taken.

With no input having been received from Hendrix himself despite the Order, this Court asked its staff to inquire into that matter independently. And as the attached report from the Cook County Department of Corrections reflects, Hendrix' representation was untrue--he had <u>not</u> complied with the Section 1997e(a) precondition.

Accordingly this action is dismissed. That does not however relieve Hendrix of the obligation, also specified in the Order, to provide a printout from the Cook County Jail (or whatever other custodial institution where he was then held) that covers the time frame from October 16 through the end of November 2012. This Court again orders him to comply with that requirement, and to do so promptly.

_____
Milton I. Shadur
Senior United States District Judge

Date: January 17, 2013

2



# Cook County Department of Corrections

Program Services-Detainee Grievances

2700 S. California

Chicago, Illinois 60608

Phone (773) 674-5079   Fax (773) 674-5091

From: Officer R. Pernice #1114     Date: 1/9/2013

To: To Whom It May Concern

As per your request, this reporting officer has made a thorough search for Grievances/Requests filed by detainee Lavelle Hendrix ID 20120822094. There were no Detainee Grievances/Requests found in the files or the grievance database for this detainee.

Please contact me if I can further assist you at Ext. #5079.

Officer Rose Pernice #1114

*Officer Rose Pernice #1114*